Impleaded with Deweese W. De Witt, as Trustee in Bankruptcy of Robert L. Gray and Others, Appellant.— Order reversed, on the law, with ten dollars costs and disbursements, and motion granted. All concur.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by the New York Central Railroad Company at Carman, in the Town of Rotterdam, Schenectady County, N. Y. (Case No. 4113.) Town of Rotterdam and A. W. Blaysor and Others, Individually and as a Committee Representing Property Owners, Appellants; Department of Public Works and Another, Respondents.— Orders unanimously affirmed.

In the Matter of the Application of Melvin Crocker and Others, Respondents, for a Mandamus Order against Common School District No. 8 of the Town of Cochecton, Sullivan County, New York, and Charles Van Schoick, as Sole Trustee of Said Common School District No. 8 of the Town of Cochecton, Sullivan County, New York. Charles Van Schoick, as Sole Trustee, etc., Appellant.— Order unanimously affirmed, with costs.

James A. Taylor, Respondent, v. Elmer Wilson and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

O. G. Orr & Co., Inc., Appellant, v. Fireman's Fund Insurance Company, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of Central Hudson Gas and Electric Corporation for an Order of Certiorari Directing H. Morganthau, Jr., and Others, Constituting the Water Power and Control Commission of the State of New York, to Certify and Return All the Proceedings of the Said Water Power and Control Commission, in the Matter of the Application of the City of New York, to the Water Power and Control Commission, for the Approval of Its Plans for Securing a Water Supply from the Rondout Creek in the County of Ulster, State of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted.

New York, Ontario and Western Railway Company, Respondent, v. Mountain Poultry and Meat Corporation, Appellant.— Judgment unanimously affirmed, with costs.

Russell Marshall, Respondent, v. The New York Central Railroad Company, Appellant.— Judgment and order reversed, on the law, with costs, and complaint dismissed, with costs, on the ground that the plaintiff was guilty of contributory negligence as matter of law, on the authority of *Miller* v. *N. Y. C. R. R. Co.* (226 App. Div. 205; affd., 252 N. Y. 546); *Schrader* v. *N. Y., C. & St. L. R. R. Co.* (254 id. 148); *Brown* v. *D. & H. Co.* (231 App. Div. 570). All concur.

Harry Herschman, as Administrator, etc., of Meyer Herschman, Deceased, Appellant, v. Barney Ragovin and Another, Respondents. Harry Herschman, as Administrator, etc., of Esther Herschman, Deceased, Appellant, v. Barney Ragovin and Another, Respondents. Harry Herschman, Appellant, v. Barney Ragovin and Another, Respondents.— Order appealed from reversed, on the law and the facts, with ten dollars costs and disbursements, and motion on order to show cause denied, with ten dollars costs. All concur.